UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
January 10, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:12-cr-00003-JAM |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| YEVGENIY CHARIKOV, ) | PERSON IN CUSTODY |
| Defendant. ) | |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release YEVGENIY CHARIKOV, Case No. 2:12-cr-00003-JAM from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

____ Release on Personal Recognizance

_X_ Bail Posted in the Sum of: $25,000.00.

    _X_ Unsecured Appearance Bond

    ____ Secured Appearance Bond

    _X_ (Other) Conditions as stated on the record.

    ____ (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on 1/10/2012 at 2:45pm.

By _____
Edmund F. Brennan
United States Magistrate Judge