1  **Tim A. Pori (SBN 189270)**
   **John F. Baumgardner (SBN 275674)**
2  LAW OFFICES OF TIM A. PORI
   521 Georgia Street
3  Vallejo, CA 94590
   Telephone: (707) 644-4004
4  Facsimile:   (707) 644-7528

5  Attorney for Defendant JULIET ROMANISHIN

6

7

8                      IN THE UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,           )   No. 2:12-cr-00003-4-JAM
                                        )
12 |        Plaintiff,                  )   **STIPULATION AND**
                                        )   **ORDER TO EXCLUDE TIME**
13 |   v.                               )
                                        )
14 | YEVGENIY CHARIKOV,                 )
     JULIET ROMANISHIN, et al.          )
15 |                                    )
            Defendant                   )   Date:  7/24/2012
16 |                                    )   Time:  9:00 a.m.
                                        )   Judge: Hon. John A. Mendez
17

18       The parties hereby stipulate that the status conference in this case be continued

19 from May 15, 2012, at 9:00 a.m to July 24, 2012, at 9:30 a.m. The parties stipulate that

20 the time between May 15, 2012, and July 24, 2012, should be excluded from the

21 calculation of time under the Speedy Trial Act.  The parties stipulate that the ends of

22 justice are served by the Court excluding such time, so that counsel for the defendant may

23 have reasonable time necessary for effective preparation, taking into account the exercise

24 of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.  Specifically,

25 counsel for defendants have received voluminous discovery and require additional time to

26 review discovery and prepare for status conference.  Therefore, the parties have stipulated

27 to continue the status conference in this case.  The parties stipulate and agree that the

28 interests of justice served by granting this continuance outweigh the best interests of the

public and the defendants in a speedy trial. 18 U.S.C. § 3161 (h)(7)(A).

The parties further request that this matter be taken off the May 15, 2012 calendar before Judge John A. Mendez and be rescheduled for July 24, 2012, at 9:30 a.m. before Judge John A. Mendez.

Respectfully submitted

Date: May 9, 2012 /s/ Tim A. Pori
TIM A. PORI
Attorney for Defendant Juliet Romanishin

Date: May 8, 2012 /s/ John Paul Balazs (Authorized 5/08/12)
JOHN PAUL BALAZS
Attorney for Vitaliy Tuzman

Date: May 8, 2012 /s/Toni Hudgins Carbone (Authorized 5/08/12)
TONI HUDGINS CARBONE
Attorney for Nadia Talybov

Date: May 8, 2012 /s/ Dan Frank Koukol (Authorized 5/08/12)
DAN FRANK KOUKOL
Attorney for Yevgeniy Charikov

Date: May 9, 2012 /s/ Dominique N. Thomas (Authorized 5/09/12)
DOMINIQUE N. THOMAS
Assistant U.S. Attorney

**ORDER**

IT IS HEREBY ORDERED that the hearing on the status conference in the above-entitled matter be continued to July 24, 2012, at 9:30 a.m. before the Honorable John A. Mendez and that the time between May 15, 2012, and July 24, 2012, be excluded from the calculation of time under the Speedy Trial Act.

Dated: 5/10/2012 /s/ John A. Mendez
JUDGE OF THE UNITED STATES
DISTRICT COURT