TONI H. CARBONE (SBN 210119)
ATTORNEY AT LAW
11930 Heritage Oak Pl. #6
Auburn, CA. 95603
(530) 885-6244
Fax (530) 885-8245

Attorney for Defendant
NADIA TALYBOV

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CHARIKOV, et al <br><br> Defendants. | No. 2:12-CR-00003 JAM <br><br> ORDERCONTINUING STATUS CONFERENCE <br><br> Date: July 24, 2012 <br> Time: 9:45 a.m. <br> Judge: Hon. John A. Mendez |

The parties hereby stipulate the following:

1. Status Conference in this matter is presently set for July 24, 2012.

2. By this stipulation, defendants move to continue the status conference until August 28, 2012 and to exclude time between July 24, 2012 and August 28, 2012 at 9:45 a.m. under Local Code T4. Discovery in this matter is voluminous. The government does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

    (a) As of this date, discovery stands at 7,465 pages consisting of investigative reports and related documents.

1

PDF created with pdfFactory trial version www.pdffactory.com

(b) This continuance is requested to allow counsel additional time to review discovery with the defendants, to examine possible defenses and to continue investigating the facts of the case.

(c) Defense counsel believe that the failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

(d) The government does not object to the continuance.

(e) Based on the above-stated findings, the ends of justice are served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

(f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 24, 2012 to August 28, 2012, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at the defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the

//

//

//

//

PDF created with pdfFactory trial version www.pdffactory.com

//

period within which a trial must commence.

IT IS SO STIPULATED.

Dated: July 9, 2012                                    Respectfully submitted,


Dated: July 9, 2012                                    /s/ Toni Carbone for
                                                       DAN KOUKOL
                                                       Attorney for Defendant
                                                       YEVGENIY CHARIKOV


Dated: July 9, 2012                                    /s/ Toni Carbone for
                                                       JOHN BALAZS
                                                       Attorney for Defendant
                                                       VITALIY TUZMAN

Dated: July 9, 2012                                    /s/ Toni Carbone for
                                                       TIM PORI
                                                       Attorney for Defendant
                                                       JULIET ROMANISHIN

Dated: July 9, 2012                                    /s/ TONI CARBONE
                                                       Attorney for Defendant
                                                       NADIA TALYBOV


Dated: July 9, 2012                                    /s/ Toni Carbone for
                                                       LEE BICKLEY
                                                       Assistant U.S. Attorney
                                                       Attorney for Plaintiff

Dated: July 9, 2012                                    /s/ Toni Carbone for
                                                       STEVEN LAPHAM
                                                       Assistant U.S. Attorney
                                                       Attorney for Plaintiff

PDF created with pdfFactory trial version www.pdffactory.com

## ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the date for the status conference of the above-named defendants be continued from July 24, 2012 to August 28, 2012. It is further ordered that this is an appropriate exclusion of time within the meaning of Title 18, United States Code§ 3161(h)(7)(B)(iv) (continuity of counsel/ reasonable time for effective preparation, specifically the parties are working towards a resolution) and Local Code T4, and that the ends of justice will be met through the exclusion. Time is excluded time from the date of the filing of the order until the date of the status conference, August 28, 2012 .

DATED: July 10, 2012 /s/ John A. Mendez
HON. JOHN A. MENDEZ

4

PDF created with pdfFactory trial version www.pdffactory.com