TONI H. CARBONE (SBN 210119)
ATTORNEY AT LAW
11930 Heritage Oak Pl. #6
Auburn, CA. 95603
(530) 885-6244
Fax (530) 885-8245

Attorney for Defendant
NADIA TALYBOV

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>CHARIKOV, et al<br><br>    Defendants. | No. 2:12-CR-00003 LKK<br><br>ORDER CONTINUING STATUS CONFERENCE<br><br>Date:  June 11, 2013<br>Time:  9:30 a.m.<br>Judge: Hon. Lawrence K. Karlton |

The parties hereby stipulate the following:

1. Status Conference in this matter is presently set for June 11, 2013. Counsel for the above-referenced defendants and counsel for the Government request that the date for status be continued to August 27, 2013. As of this date, discovery stands at 7,465 pages. This continuance is requested to allow counsel additional time to review discovery with the defendants, to examine possible defenses and to continue investigating the facts of the case, to work towards resolution and/or prepare for trial.

2. Counsel for the parties agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code§ 3161(h)(7)(B)(iv) (continuity of counsel/ reasonable time for effective preparation, specifically the parties are working towards

1

a resolution) and Local Code T4 (time for defense counsel to prepare) and that the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act. The parties agree to exclude time from the date of the filing of the order until the date of the status conference, August 27, 2013 .

3. The parties agree to continue the status conference to August 27, 2013.

Dated: June 7, 2013                              Respectfully submitted,


Dated: June 7, 2013                              /s/ Toni Carbone for
                                                 DAN KOUKOL
                                                 Attorney for Defendant
                                                 YEVGENIY CHARIKOV


Dated: June 7, 2013                              /s/ Toni Carbone for
                                                 JOHN BALAZS
                                                 Attorney for Defendant
                                                 VITALIY TUZMAN

Dated: June 7, 2013                              /s/ Toni Carbone for
                                                 TIM PORI
                                                 Attorney for Defendant
                                                 JULIET ROMANISHIN

Dated: June 7, 2013                              /s/ TONI CARBONE
                                                 Attorney for Defendant
                                                 NADIA TALYBOV


Dated: June 7, 2013                              /s/ Toni Carbone for
                                                 LEE BICKLEY
                                                 Assistant U.S. Attorney
                                                 Attorney for Plaintiff

## ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the date for the status conference of the above-named defendants be continued from June 11, 2013 to August 27, 2013. It is FURTHER ORDERED that this is an appropriate exclusion of time within the meaning of Title 18, United States Code§ 3161(h)(7)(B)(iv) (continuity of counsel/ reasonable time for effective preparation, specifically the parties are working towards a resolution) and Local Code T4 (time for defense counsel to prepare) and that the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act. Time is excluded time from the date of the filing of the order until the date of the status conference, August 27, 2013 .

DATED: June 11, 2013

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT