JOHN BALAZS, Bar No. 157287
Attorney At Law
916 2nd Street, Second Floor
Sacramento, California 95814
Telephone (916) 447-9299
Fax: (916) 557-1118
John@Balazslaw.com

Attorney for Defendant
VITALIY TUZMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 12-CR-003-LKK |
| Plaintiff, ) | |
| v. ) | **STIPULATION AND ORDER** |
| YEVGENIY CHARIKOV, et. al., ) | |
| Defendants. ) | |
| _____ ) | |

Defendants, through their respective counsel, and the United States, through its counsel, hereby stipulate and request that the Court continue the status conference in this case from August 27, 2013 to **October 16, 2013, at 9:15 a.m.** before the Honorable U.S. District Judge Lawrence K. Karlton.

The indictment in this case charges mail fraud and money laundering offenses, as well as criminal forfeiture. To date, the government has provided 7,465 pages of investigative reports and other discovery documents. The continuance is requested to provide additional time for defense counsel to review discovery with the defendants, conduct investigation, conduct negotiations toward settlement, and otherwise to prepare defenses.

Defendants agree that the failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the

1 exercise of due diligence and that the ends of justice served by continuing the case as

2 requested outweigh the interests of the public and the defendants in a trial within the date

3 prescribed by the Speedy Trial Act. Defendants thus stipulate that the period from August

4 27, 2013 to October 16, 2013 shall be excluded for defense preparation and the complexity

5 of the case under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

6 Time has previously been excluded through August 27, 2013.

7                                    Respectfully submitted,

8 Dated: August 22, 2013

9                                    /s/ John Balazs
                                     JOHN BALAZS
10
                                     Attorney for Defendant
11                                    VITALY TUZMAN

12 Dated:  August 22, 2013

13                                    /s/ Dan Koukol
                                     DAN KOUKOL
14
                                     Attorney for Defendant
15                                    YEVGENIY CHARIKOV

16 Dated:  August 22, 2013

17                                    /s/ Tim Pori
                                     TIM PORI
18
                                     Attorney for Defendant
19                                    JULIET ROMANISHIN

20 Dated:  August 22, 2013

21                                    /s/ Toni Carbone
                                     TONI CARBONE
22
                                     Attorney for Defendant
23                                    NADIA TALYBOV

24 Dated:  August 22, 2013

25                                    /s/ Lee Bickley
                                     LEE BICKLEY
                                     R. STEVEN LAPHAM
26                                    Assistant U.S. Attorneys

27                                    Attorneys for Plaintiff
                                     UNITED STATES OF AMERICA
28

**2**

# ORDER

IT IS SO ORDERED. For the reasons set forth above, the Court finds the period from August 27, 2013 to October 16, 2013 be excluded from the Speedy Trial Act on the basis that the ends of justice served by this requested continuance outweigh the best interest of the public and the defendants in a speedy trial under 18 U.S.C. § 3161(h)(7)(A), B(iv) (Local Codes T2 & T4).

DATE: August 23, 2013

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT