BENJAMIN B. WAGNER
United States Attorney
LEE S. BICKLEY
HEIKO P. COPPOLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>YEVGENIY CHARIKOV,<br><br>Defendants. | CASE NO. 2:12-CR-00003 LKK<br><br>ORDER RE: SCHEDULING TRIAL DATE AND EXCLUDING TIME UNDER SPEEDY TRIAL ACT<br><br>DATE: February 25, 2014<br>TIME: 9:15 a.m.<br>COURT: Hon. Lawrence K. Karlton |

On February 25, 2014, the Court held a status conference in this case. Assistant United States Attorneys Lee S. Bickley and Heiko Coppola appeared on behalf of plaintiff, the United States of America. Toni Carbone, Tim Pori, Dan Koukol, and Jon Balazs appeared on behalf of their clients Nadia Talybov (waiver on file), Juliet Romanishin (present and out of custody), Yevgeniy Charikov (present and out of custody), and Vitaliy Tuzman (waiver on file).

This Court set the trial date for July 29, 2014 at 10:30 a.m. and a trial confirmation hearing for July 1, 2014 at 9:15 a.m.

The Court also granted the defendants' request for an exclusion of time pursuant to Local Code T4 in order for further defense preparation in order to prepare for trial. All the defendants requested this continuance and exclusion of time for effective defense preparation. The government did not object to this request. Having found that the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy

ORDER RE: SETTING TRIAL DATE AND EXCLUDING TIME

1

1 Trial Act, the Court therefore excluded time from February 25, 2014, to, and including, July 29, 2014,
2 from computation of time within which the trial of this matter must be commenced, pursuant to Local
3 Code T4.

Dated: February 27, 2014

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT