JOHN BALAZS, Bar #157287
Attorney At Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 505-1687
John@Balazslaw.com

Attorney for Defendant
VITALIY TUZMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:12-CR-0003-LKK |
| Plaintiff, | |
| | DEFENDANTS JOINT RENEWED MOTION FOR JUDGMENT OF ACQUITTAL UNDER FEDERAL RULE OF CRIMINAL PROCEDURE 29(a) |
| v. | |
| YEVGENIY CHARIKOV, VITALIY TUZMAN, NADIA TALYBOV, and JULIET ROMANISHIN, | |
| | Date: August 26, 2014 |
| | Time: 9:15 a.m. |
| Defendants. | Hon. Lawrence K. Karlton |

Defendants Yevgeniy Charikov, Vitaliy Tuzman, Nadia Talybov, and Julie Romanishin, through their respective counsel, hereby renew their motion for a judgment of acquittal at the close of all the evidence under Federal Rule of Criminal Procedure 29(a). The Court took the defendants' motion for judgment of acquittal at the close of the government's case under submission. After the close of all the evidence, the defendants now renew the motion on all grounds previously raised.

With respect to the materiality element, the evidence is even more insufficient after consideration of Prof. William K. Black's testimony in the defense case. The government put on no rebuttal case.

///

For all these reasons, the Court should enter a judgment of acquittal in favor of all defendants on all counts.

Dated: August 21, 2014

Respectfully submitted,

/s/ John Balazs
JOHN BALAZS

Attorney for Defendant
VITALIY TUZMAN